IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kenneth D. Thomas,  :

    Plaintiff  :  Civil Action 2:09-cv-00732

v.  :  Judge Smith

Great Lakes Higher Education  :  Magistrate Judge Abel
and Key Bank,

   :

    Defendants

**ORDER**

Plaintiff Kenneth D. Thomas brings this action seeking a judgment that he is not legally liable to defendants Great Lakes Higher Education and Key Bank for a student loan. This matter is before the Court on Magistrate Judge Abel's August 21, 2009 Report and Recommendation that this case be dismissed on initial screening because the complaint does not satisfy the requirements of Rule 8(a), Federal Rules of Civil Procedure, that it "contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends . . . ." unless plaintiff Thomas filed an amended complaint within thirty (30) days alleging the basis for this Court to exercise subject matter jurisdiction.. No objections were filed to the Report and Recommendation. Plaintiff has not filed an amended complaint.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation. The Clerk of Court is DIRECTED to enter JUDGMENT dismissing this case because the complaint

fails to plead a short and plain statement of the grounds upon which the court's jurisdiction depends.

s/   George C. Smith

George C. Smith
United States District Judge